```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Leonardo Lobon Rivas

    v.                                      Case No. 23-cv-476-SE-AJ

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 16, 2024. For the reasons explained therein, the Warden's motion for summary judgment (doc. no. 9) is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" _School Union No. 37 v. United Nat'l Ins. Co._, 617 F.3d 554, 564 (1st Cir. 2010) (quoting _Keating v. Secretary of Health & Human Servs._, 848 F.2d 271, 275 (1st Cir.1988)); see also _United States v. Valencia-Copete_, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close this case.

                                                            /s/ SD Elliott
                                            _____
                                            Samantha D. Elliott
                                            United States District Judge

Date: September 25, 2024

cc:   Leonardo Lobon Rivas, pro se
       Counsel of Record